2162 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ZELDA D. CLARK, | ) | FILED |
| | ) | APRIL 10, 2008          YM |
| Plaintiff, | ) | 08CV2041 |
| vs. | ) | JUDGE KENNELLY |
| | ) | No. |
| RETAIL VENTURES, INC., a foreign corporation, | ) | MAGISTRATE JUDGE BROWN |
| RETAIL VENTURES SERVICES, INC., a | ) | |
| foreign corporation, VALUE CITY | ) | |
| DEPARTMENT STORES, INC., a foreign | ) | |
| corporation and VALUE CITY DEPARTMENT | ) | |
| STORES, LLC, a foreign limited liability company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

Defendants, RETAIL VENTURES, INC., RETAIL VENTURES SERVICES, INC., VALUE CITY DEPARTMENT STORES, INC. and VALUE CITY DEPARTMENT STORES, LLC, by and through their attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby submit their Notice of Removal, and in support thereof, state as follows:

1.    On February 29, 2008, Plaintiff ZELDA D. CLARK ("Clark") commenced this action in the Circuit Court of Cook County, Illinois.  (See Plaintiff's Complaint at Law, attached hereto as Exhibit 1).

2.    All four named defendants were served with process on March 12, 2008.  (See Group Exhibit 2 hereto).  None of the named defendants have filed any appearance or responsive pleadings in the Circuit Court of Cook County, Illinois.

3.     This Notice of Removal was filed within 30-days after service of process on defendants and is timely pursuant to 28 U.S.C. §§ 1446(b).

4.     In sum, Plaintiff alleges that she has suffered great pain and injury to her person, disability, pain and suffering and disfigurement after she fell on March 27, 2006 at a retail store operated by defendants in Streamwood, Illinois.  After the alleged occurrence, and while still present at the store on March 27, 2006, Plaintiff Clark provided store personnel with her home address: 30 West Briarwood, Streamwood, Illinois 60107.  On March 27, 2006, Patricia Shuster, liability claims coordinator of Retail Ventures, Inc., sent Zelda Clark a letter concerning Ms. Clark's accident to the address at 30 West Briarwood, Streamwood, Illinois.  On April 7, 2006, Ms. Shuster received a letter from Zelda Clark acknowledging that she had received Ms. Schuster's letter of March 27, 2006 (this letter is very light, of poor quality and difficult to read).  On April 17, 2006 and June 16, 2006, Ms. Shuster sent two additional letters to Ms. Clark at the home address in Streamwood, Illinois, which were not returned to her office.  On August 10, 2006, Ms. Shuster received a letter from attorney Daniel Downes and "notice of attorney's lien." (See Affidavit of Patricia Shuster and all attachments; Group Exhibit 3 hereto).

5.     Accordingly, several facts establish Plaintiff resided in and was a citizen of Illinois as of March 2006:  (a) Plaintiff gave her home address in Streamwood, Illinois to store personnel on March 27, 2006; (b) Ms. Shuster's letters dated March 27, 2006, April 17, 2006 and June 16, 2006 to Plaintiff's home address in Streamwood, Illinois were not returned by the postal service, thus indicating that the home address is correct; (c) Plaintiff Clark sent a letter to Ms. Shuster, which she received on April 7, 2006, acknowledging receipt of the March 27, 2006 correspondence addressed to her home in Streamwood, Illinois and (d) attorney Daniel Downes

sent correspondence to Ms. Shuster, dated August 10, 2006 notifying Ms. Shuster of his representation of plaintiff.

6.    To bring things current, defendants retained an investigator who has discovered that Plaintiff Zelda Clark resides at the same address today: 30 West Briarwood, Streamwood, Illinois 60107. (See Affidavit of C. Fertel, Exhibit 4 hereto).

7.    Based on the foregoing, defendants have made diligent efforts to obtain information related to Plaintiff's domicile and citizenship, and hereby submit a reasonable basis to conclude that Plaintiff Clark is a citizen of and domiciled in Illinois for purposes as diversity jurisdiction.

8.    At all times relevant, Defendant Retail Ventures Services, Inc. has been incorporated in Ohio and maintained its headquarters and principal place of business in Ohio. (See Affidavit of Julia A. Davis; Exhibit 5 hereto). Defendant Retail Ventures Services, Inc. is a citizen of Ohio for purposes of diversity jurisdiction.

9.    At all times relevant, Defendant Retail Ventures, Inc. has been incorporated in Ohio and maintained its headquarters and principal place of business in Ohio. (See Exhibit 5 hereto). Defendant Retail Ventures, Inc. is a citizen of Ohio for purposes of diversity jurisdiction.

10.    In December 2004, Value City Department Store, Inc. was merged into Value City Department Stores, LLC, an Ohio Limited Liability Company. (See Exhibit 5 hereto). Therefore, at all times relevant to the allegations contained in Plaintiff Clark's complaint, Defendant Value City Department Store, Inc. was no longer in existence.

11.    At all times relevant, Value City Department Stores, LLC has been an Ohio Limited Liability Company and maintained its headquarters and principal place of business in

Ohio. Furthermore, at all times prior to January 23, 2008, defendant Retail Ventures, Inc. was the sole member of Value City Department Stores, LLC. On January 23, 2008, Retail Ventures, Inc. disposed of its member interest in Value City Department Stores, LLC by fully contributing its member interest to Value City Holdings, Inc., a Delaware corporation with its offices in Wilmington, Delaware. (See Exhibit 5 hereto). Therefore, at all times relevant the sole members of defendant Value City Department Stores, LLC, have been citizens of Ohio or Delaware, and not of Illinois, for purposes of diversity jurisdiction.

12.    Plaintiff seeks damages to compensate her for "great pain and injury to her person, causing her to incur medical and hospital expenses, disability, pain and suffering, disfigurement and lost wages, as well as other damages." Her complaint contains an open prayer for damages "in an amount in excess of THIRTY THOUSAND ($30,000.00) DOLLARS," the jurisdictional minimum for the Law Division of the Circuit Court of Cook County, Illinois. In violation of Illinois Supreme Court Rule 222 (b), Plaintiff's complaint does not contain any affidavit stating whether the money damages sought exceed $50,000. (See Exhibit 1 hereto).

13.    Based upon the allegations of the Complaint and other information contained herein, this civil action is between citizens of different states and there is a reasonable probability that the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

14.    Diversity jurisdiction exists and Defendants request this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois. Copies of this Notice of Removal have been served upon all counsel of record and the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendants, RETAIL VENTURES, INC., RETAIL VENTURES SERVICES, INC., VALUE CITY DEPARTMENT STORES, INC. and VALUE CITY

DEPARTMENT STORES, LLC, respectfully request that this Honorable Court remove the instant action from the Circuit Court of Cook County, Illinois, to the United States District Court for the Northern District of Illinois and for such other and further relief as this Court deems just.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC


By:____/s/ Tess L. Dabbah_____
        Tess L. Dabbah  (ARDC No. 6280062)
        Mark G. Poulakidas  (ARDC No. 6230065)
        HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
        Attorneys for Defendants
        200 West Adams Street, Suite 500
        Chicago, Illinois 60606
        312-332-6644

04410

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT – LAW DIVISION

| | |
|---|---|
| ZELDA D. CLARK,<br>　　　　　Plaintiff,<br><br>vs.<br><br>RETAIL VENTURES , INC., a<br>foreign corporation, RETAIL<br>VENTURES SERVICES, INC., a<br>foreign corporation, VALUE CITY<br>DEPARTMENT STORES, INC., a<br>foriegn corporation and VALUE<br>CITY DEPARTMENT STORES,<br>LLC, a foriegn limited liability<br>company,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No.:

08CV2041
JUDGE KENNELLY   YM
MAGISTRATE JUDGE BROWN

### COMPLAINT AT LAW

NOW COMES the Plaintiff, ZELDA D. CLARK, by and through her attorneys, WILLIAM J. HARTE, LTD., DANIEL J. DOWNES, P.C. and JEFFREY D. JAVORS, ESQ., and complaining of the Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foriegn corporation and VALUE CITY DEPARTMENT STORES, LLC, a foriegn limited liability company, states as follows:

### COUNT I

1.    On and prior to March 27, 2006, Plaintiff, ZELDA D. CLARK was a resident of the City of Streamwood, County of Cook, State of Illinois.

2.    At  all relevant times, Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, registered and doing business in the State of Illinois and either in whole or in part or in some other combination by and through their respective agents, employees, beneficiaries or others, had posse

EXHIBIT
1

1

ol of  the premises located at 960 Barrington Road, in the City of Streamwood, ,ook County, Illinois (hereinafter "premises").

3.     At all relevant times, Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, either in whole or in part or in some other combination, by and through its respective agents, employees, beneficiaries or others owned, operated, managed, controlled and maintained the premises and identified themselves to the general as a "Value City Department Store".

4.     That at all relevant times the Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, either in whole or in part or in some other combination, occupied the premises and operated a department store, selling general merchandise to the general public and in whole or in part or in some other combination, exercised some or all of the ordinary incidence of occupancy, including operation, management, maintenance and control of the premises.

5.     That on March 27, 2006, at or about 10:30 a.m., Plaintiff, ZELDA D. CLARK, who was a customer on the premises to purchase general merchandise and while bringing her purchases to the check-out area of the premises, when the floor around and at the check-out area contained a slippery foreign substance, which caused her to slip on the foreign substance, lose her balance and hit a portion of her body upon the check-out counter and fall to the floor, so that she sustained injuries to her person.

6.     Shortly after Plaintiff fell, an employee at the store admitted to Plaintiff and a co-employee, that the floor surface around the check-out area of the premises where Plaintiff slipped and fell was "slippery".

2

7.    That at all relevant times, Plaintiff was in the exercise of ordinary care and caution for her own personal safety and the safety of others.

8.    That at all relevant times, Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, by and through its respective agents, employees, beneficiaries or others, either in whole or in part or by some other combination, owner or operators of a business open to the public, was under a duty to protect their customers from harm and to use ordinary care to operate, manage, control, and maintain said premises, including said check-out area and its respective appurtenant parts, in a reasonably safe condition for the use of their business invitees.

9.    That notwithstanding said duty to use ordinary care to maintain the premises in a reasonably safe condition, for a period of time prior to the time relevant hereto, the floor surface at the check-out area became and was allowed to remain in an unreasonably dangerous condition and was defective, unsafe, and otherwise out of repair, all of which Defendants knew or should have known in the exercise of reasonable care.

10.    That then and there, notwithstanding its duty and knowledge as aforesaid Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, by and through its respective agents, employees, beneficiaries or others, either in whole or in part or in some other combination, was guilty of one or more or all of the following negligent or careless acts or omissions:

3

a.   Allowed and permitted the floor surface at the check-out area to be and remain in a hazardous and unsafe condition;

b.   Failed to inspect said floor surface at the check-out area thereof to determine its safety, when they knew or should have known that their patrons would be using the check-out area;

c.   Inspected said check-out area but did so in a negligent manner;

d.   Failed to warn Plaintiff of the hazardous and unsafe condition of the floor surface at the check-out area thereof when they knew or should have known that patrons would be using the check-out area;

e.   Failed to keep the check-out in a reasonably safe condition in violation of the applicable Municipal Ordinances;

f.   Failed to maintain the floor surface at the check-out area so it was not slippery and create a hazard to its patrons when they knew or should have known that patrons would be traversing the floor to get to the check-out counter;

g.   Failed to properly repair or replace the floor surface at the check-out area; and

h.   Was otherwise careless and negligent.

11.   That as a direct and proximate result of one or more of the aforesaid careless or negligent acts or omissions on the part of Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, by and through their respective agents, employees, or others, either in whole or in part, or by some other combination, failed to properly maintain the the floor surface at the check-out area so as to cause the Plaintiff, ZELDA D. CLARK, to slip and lose her balance, striking the check-out counter and fall to the floor, thereby suffered great pain and injury to her person, causing her to incur medical and hospital expenses, disability, pain and suffering, disfigurement and lost wages, as well as other damages.

WHEREFORE, Plaintiff, ZELDA D. CLARK,  prays for judgment against Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES

4

ERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, in an amount in excess of THIRTY THOUSAND ($30,000.00) DOLLARS, and costs of this action.

## COUNT II
## Res Ipsa Loquitur

1-10.   Plaintiff, ZELDA D. CLARK, adopts and realleges paragraphs 1 through 10 of Count I as paragraphs 1 through 10 of Count II as though fully set forth herein.

11.   That the maintenance of said floor surface at the check-out area and its appurtenant parts, were entirely under the control and supervision of Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, by and through their respective agents, employees, or others, either in whole or in part, or by some other combination.

12.   That at all relevant times and at any time prior to or thereafter, Plaintiff, ZELDA D. CLARK, exercised no control or supervision whatsoever of the maintenance and repair of said floor surface.

13.   That the occurrence speaks for itself, that is, the occurrence would not have taken place in the ordinary course of things if the Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, by and through their respective agents, employees, or others, either in whole or in part, or by some other combination, had not negligently failed to use proper care in the

eration, control, management and maintenance of said floor surface at the check-out area, which was under their exclusive control and supervision.

14.   That as a direct and proximate result of Defendant's negligence, as aforesaid, Plaintiff,  ZELDA D. CLARK, was caused to slip and lose her balance because of the slippery floor surface, and to prevent herself from falling, thereby suffered injuries to her person, causing her great pain and suffering, disfigurement and disability, causing her to incur medical and hospital expenses and lost wages, as well as other damages.

WHEREFORE, Plaintiff, ZELDA D. CLARK, prays for a judgment against Defendants, RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability company, in an amount in excess of Thirty Thousand ($30,000.00) Dollars and the cost of this action.

Respectfully submitted,

By: _____
One of Plaintiff's Attorneys

WILLIAM J. HARTE, LTD. - #04410
111 W. Washington Street-Suite 1100
Chicago, IL 60602
(312) 726-5015

DANIEL J. DOWNES, P.C. - #22800
111 W. Washington Street-Suite 1100
Chicago, IL 60602
(312) 781-1852

JEFFREY D. JAVORS, ESQ. - #27878
111 W. Washington Street-Suite 1100
Chicago, IL 60602
(312) 782-7466





08CV2041
JUDGE KENNELLY   YM
MAGISTRATE JUDGE BROWN

CORPORATION SERVICE COMPANY'

## Notice of Service of Process

VR1 / PERINJ
Transmittal Number: 5652288
Date Processed: 03/12/2008

| | |
|---|---|
| Primary Contact: | Ms. Pam Anderson<br>Value City Department Stores - Risk Management<br>3241 Westerville Road<br>Columbus, OH 43224 |
| Copy of transmittal only provided to: | Lisa Luby<br>Mr. Bob Younkin<br>Ms. Shereika Peaks |

| | |
|---|---|
| Entity: | Retail Ventures Services, Inc.<br>Entity ID Number 2225257 |
| Entity Served: | Retail Ventures Services, Inc |
| Title of Action: | Zelda D. Clark vs. Retail Ventures Services, Inc |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court: | Cook  Circuit Court, Illinois |
| Case Number: | 2008L002388 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 03/12/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | William J. Harte<br>312-726-5015 |

RECEIVED
MAR 1 3 2008
RISK
MANAGEMENT

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

**EXHIBIT**
GROUP
2



CORPORATION SERVICE COMPANY

AL2 / PERINJ
Transmittal Number: 5652805
Date Processed: 03/12/2008

## Notice of Service of Process

Primary Contact:        Ms. Pam Anderson
                        Value City Department Stores - Risk Management
                        3241 Westerville Road
                        Columbus, OH 43224

Copy of transmittal only provided to:        Lisa Luby
                                             Mr. Bob Younkin
                                             Ms. Shereika Peaks

| | |
|---|---|
| Entity: | Retail Ventures Services, Inc.<br>Entity ID Number 2225257 |
| Entity Served: | Retail Ventures, Inc |
| Title of Action: | Zelda D. Clark vs. Retail Ventures, Inc. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court: | Cook Circuit Court, Illinois |
| Case Number: | 2008L002388 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 03/12/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | Jeffrey D. Javors<br>312-782-7466 |

RECEIVED
MAR 1 9 2008
RISK MANAGEMENT

Matter Name: Zelda D. Clark vs. Retail Ventures Services, Inc (ID-1056621)
The most recent Service of Process Documents received by CSC:

| Document Type | Date Served | Contact Name | Delivery Method | Tracking Number | Transmittal ID |
|---|---|---|---|---|---|
| Summons/Complaint | 03/12/2008 | Ms. Pam Anderson | PBNG | | 5652288 |

To review other documents in this matter, please link to CSC's Matter Management Services at www.incspot.com

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



CORPORATION SERVICE COMPANY

## Notice of Service of Process

PYW / PGBNJ
Transmittal Number: 5662228
Date Processed: 03/12/2008

Primary Contact:    Ms. Pam Anderson
Value City Department Stores - Risk Management
3241 Westerville Road
Columbus, OH 43224

Copy of transmittal only provided to:    Lisa Luby
Mr. Bob Younkin
Ms. Shereika Peaks

| | |
|---|---|
| Entity: | Value City Department Stores, Inc.<br>Entity ID Number 2097667 |
| Entity Served: | Value City Department Stores, Inc. |
| Title of Action: | Zelda D. Clark vs. Retail Ventures, Inc |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court: | Cook  Circuit  Court, Illinois |
| Case Number: | 2008L002388 |
| Jurisdiction Served: | Illinois |
| Date Served on CSC: | 03/12/2008 |
| Answer or Appearance Due: | 30 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Plaintiff's Attorney: | William J. Harte<br>312-726-5015 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

*50 -413*
*Zelda Clark*
*06790A186294—ME*



CORPORATION SERVICE COMPANY®

TVW / PERINJ
Transmittal Number: 5652234
Date Processed: 03/12/2008

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Ms. Pam Anderson<br>Value City Department Stores - Risk Management<br>3241 Westerville Road<br>Columbus, OH 43224 |
| **Copy of transmittal only provided to:** | Lisa Luby<br>Mr. Bob Younkin<br>Ms. Shereika Peaks |

| | |
|---|---|
| **Entity:** | Value City Department Stores LLC<br>Entity ID Number 2329103 |
| **Entity Served:** | Value City Department Stores, LLC |
| **Title of Action:** | Zelda D. Clark vs. Retail Ventures Services, Inc |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court:** | Cook Circuit Court, Illinois |
| **Case Number:** | 2008L002388 |
| **Jurisdiction Served:** | Illinois |
| **Date Served on CSC:** | 03/12/2008 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Plaintiff's Attorney:** | William J. Harte<br>312-726-5015 |

RECEIVED
MAR 1 3 2008
RISK MANAGEMENT

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

*CSC is SAS70 Type II certified for its Litigation Management System.*

2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

2162 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ZELDA D. CLARK, )
)
Plaintiff, )
)
vs. )
) No.    08CV2041
RETAIL VENTURES, INC., a foreign corporation, )
RETAIL VENTURES SERVICES, INC., a )         JUDGE KENNELLY   YM
foreign corporation, VALUE CITY )            MAGISTRATE JUDGE BROWN
DEPARTMENT STORES, INC., a foreign )
corporation and VALUE CITY DEPARTMENT )
STORES, LLC, a foreign limited liability company, )
)
Defendants. )

## <u>AFFIDAVIT OF PATRICIA SHUSTER</u>

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

1.     I am employed by Retail Ventures, Inc. as a Liability Claims Coordinator in Risk Management. I have held this position continuously since prior to March 2006. In this capacity, I am responsible for handling store customer claims, including direct contact with store customers who are not represented by counsel, and I am familiar with company claims handling policies.

2.     On or about March 27, 2006, I was assigned the handling of a claim involving Zelda Clark where Ms. Clark claimed she suffered an injury at a Value City Department Store location on March 27, 2006. Pursuant to company policies, I wrote a letter to Ms. Clark on March 27, 2006 at 30 W. Briarwood, Streamwood, Illinois 60107, her home address that she provided to Value City store personnel on March 27, 2006. An accurate copy of my March 27, 2006 letter to Ms. Clark is attached to this affidavit.

3.     On April 7, 2006, I received a handwritten letter from Zelda Clark acknowledging her receipt of my letter dated March 27, 2006. An accurate copy of the correspondence I received from Ms. Clark is attached to this affidavit.

4.     On April 17, 2006 and June 16, 2006, I sent two additional letters to Ms. Clark, which were not returned to my office by the U.S. Postal Service. On August 10, 2006, I received a letter from attorney Daniel Downes and "notice of attorney's lien". Accurate copies of these items are attached to this affidavit.

EXHIBIT
GROUP
3

FURTHER AFFIANT SAYETH NOT.

_Patricia Shuster_
Patricia Shuster

Subscribed and Sworn to this
8th day of April , 2008.

_Pamela Kay Anderson_
Notary Public

PAMELA KAY ANDERSON
Notary Public, State of Ohio
My Commission Expires  1-5-13

Mark G. Poulakidas, ARDC #6230065
Tess L. Dabbah, ARDC #6280062
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, Illinois 60606
(312) 332-6644

2



**RETAIL**
**Ventures Inc**

*Retail Ventures, Inc.*
*Risk Management*
*P. O. Box 24122*
*Columbus, Ohio 43224-4122*
*p.614-238-4140 –f.614-238-4123*

March 27, 2006

Ms. Zelda Clark
30 W. Briarwood
Streamwood, IL 60107

Re:     Value City Department Stores- #50-00413
        Date of Incident: 3/27/2006
        Claim #RM1775

Dear Ms. Clark:

I am the Liability Claims Coordinator for Value City Department Stores and I understand that during your visit to our store on 3/27/2006, you fell when approaching the registers.  The accident report does not state why you fell.  I have enclosed a form for you to complete and return so we can have your description of what happened.

We are sincerely sorry that your visit was marred by this incident.  We appreciate the fact that you come to our store to shop and hope that the incident will not prevent your return.

If you have any questions or concerns, please feel free to write to me at the above address or give me a call.  I am in the office Monday through Friday from 7:30am to 4:30pm.

Sincerely,


Patricia Shuster
Liability Claims Coordinator

PS/th
Enc.






RECEIVED



Retail Ventures, Inc.
Risk Management
P. O. Box 24122
Columbus, Ohio 43224-4122
p.614-238-4140 –f.614-238-4123

April 17, 2006

Ms. Zelda Clark
30 W. Briarwood Dr.
Streamwood, IL 60107

Re:     Value City Department Stores- #50-00413
        Date of Incident: 3/27/2006
        Claim #RM1775

Dear Ms. Clark:

Thank you for your letter advising that you are still under your doctor's care.

Value City Department Stores does not carry premises Medical Payments coverage, they are self-insured. It is their custom to collect copies of all medical expenses that are incurred by a customer and then when the customer is released from treatment and ready to settle their claim, a settlement offer is extended. We do not pay the medical bills direct. The settlement amount is sent to the customer and it is the responsibility of the customer to pay the bills. Please do not send the original medical bill. Make a copy and send the copy to me at the above address.

Please keep us apprised of your recovery and when you are finished treating with your doctor.

If you have any questions, I am in the office Monday through Friday from 7:30am to 4:30pm.

Sincerely,


Patricia Shuster
Liability Claims Coordinator

PS/th








*Retail Ventures, Inc.*
*Risk Management*
*P. O. Box 24122*
*Columbus, Ohio 43224-4122*
*p.614-238-4140 –f.614-238-4123*

June 16, 2006

Ms. Zelda Clark
30 W. Briarwood
Streamwood, IL 60107

Re:    Value City Department Stores- #50-00413
       Date of Incident: 3/27/2006
       Claim #RM1775

Dear Ms. Clark:

When we spoke in April you advised that you were still treating with your doctor.  You asked where to send your medical bills.  To date we have not received any medical bills.

Please advise the status of your treatment.

If you have any questions or concerns, please feel free to write to me at the above address or give me a call.  I am in the office Monday through Friday from 7:30am to 4:30pm.

Sincerely,


Patricia Shuster
Liability Claims Coordinator

PS/th

   

# DANIEL J. DOWNES, P C.

### ATTORNEYS AT LAW

VIA CERTIFIED MAIL

Retail Ventures, Inc
Risk Management
P.O.Box 24122
Columbus, Ohio  43224-4122

Attention:  Patricia Shuster

Dear Ms. Shuster:

Please be advised that I have been retained by Zelda Clark relative to personal injuries sustained as a result of an accident, which occurred on March 27, 2006, at or near Streamwood, Illinois.

You are hereby notified that in accordance with the Statutes of the State of Illinois in such case made and provided, I am claiming an Attorney's Lien in the amount of thirty-three and one third percent (33 1/3%) of whatever amount is recovered, and I hereby declare an Attorney's Lien on said amount.

Sincerely,

Daniel J. Downes

Enclosure

NOTICE OF ATTORNEY'S LIEN

ZELDA CLARK

VS

RETAIL VENTURES, INC.

RETAIL VENTURES, INC.
Risk Management
P.O.Box 24122
Columbus, Ohio  43224-4122
Attention: Patricia Shuster

YOU ARE HEREBY NOTIFIED THAT  Zelda Clark has placed in my hands as her attorney, for suit or collection, a claim, demand or cause of action against you growing out of an accident which resulted in her suffering personal injuries: said accident occurred at or near Streamwood, Illinois, and occurred on the 27th day of March, 2006, and has agreed to pay me for such services as a fee a sum equal to thirty-three and one third percent (33 1/3%) of whatever amount may be recovered there from by suit or settlement: and that I claim a lien upon said claim, demand or cause of action for such fee.

_____
Attorney for the Plaintiff

#22800
DANIEL J. DOWNES, P.C.
ATTORNEYS AT LAW
111 W. Washington – Suite 1100
Chicago, Illinois 60602
(312) 781-1852
(800) 624-2121

2162 mgp

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

ZELDA D. CLARK,                              )
                            Plaintiff,       )
        vs.                                  )
                                             )    No.
RETAIL VENTURES, INC., a foreign corporation, )
RETAIL VENTURES SERVICES, INC., a            )        08CV2041
foreign corporation, VALUE CITY             )        JUDGE KENNELLY    YM
DEPARTMENT STORES, INC., a foreign          )        MAGISTRATE JUDGE BROWN
corporation and VALUE CITY DEPARTMENT        )
STORES, LLC, a foreign limited liability company, )
                                             )
                            Defendants.      )

### AFFIDAVIT OF COREY FERTEL

        Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

        1.      I am a license private investigator in the State of Illinois and have been so licensed since 1998. I am over the age of 18 years old and I am not a party to the above-captioned litigation. As part of my daily job duties, I investigate and determine correct addresses of individuals and corporate entities, serve process in civil lawsuits, and provide affidavits of service for filing in federal and state courts.

        2.      I have investigated the current residence address of Zelda Clark and, based upon my investigation, I believe Ms. Clark's current home address is 30 W. Briarwood, Streamwood, Illinois 60107. My investigation included searches of public records.

        3.      I have also exhausted all resources for locating any alternative residential address for Zelda Clark. The following resources were exhausted: Aircraft ownership, Bankruptcies, Judgments & Liens, Domain Registrations, Government Employee Loans or Contracts, Merchant Vessels, National Property Ownership, Phone Directory, Pilot's License, Inmate Search, Social Security Death Index, Driver's License Search, and Professional License Search.

        Further, affiant sayeth not.

                                        _____
                                        Corey Fertel

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, Illinois 60606
(312) 332-6644

**EXHIBIT**
**4**

2162 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ZELDA D. CLARK,                     )

                Plaintiff,    )

vs.                        )

                              )

RETAIL VENTURES, INC., a foreign corporation, )

RETAIL VENTURES SERVICES, INC., a   )

foreign corporation, VALUE CITY       )

DEPARTMENT STORES, INC., a foreign   )

corporation and VALUE CITY DEPARTMENT )

STORES, LLC, a foreign limited liability company, )

                              )

            Defendants.   )

08CV2041

JUDGE KENNELLY   YM

No. MAGISTRATE JUDGE BROWN

### AFFIDAVIT OF JULIA A. DAVIS

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters herein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

1.     I am employed by the Retail Ventures, Inc. as Executive Vice President and General Counsel. In this capacity, I am familiar with the corporate citizenship and organization of Retail Ventures, Inc., Retail Ventures Services, Inc., Value City Department Stores, Inc and Value City Department Stores, LLC.

2.     I have reviewed the Complaint at Law filed by plaintiff Zelda Clark and I am familiar with the allegations contained therein.

3.     At all times from prior to the dates of the allegations contained within the Complaint at Law to the present, Retail Ventures Services, Inc. has been incorporated in the state of Ohio, and maintained its headquarters and principal place of business at 3241 Westerville Road, Columbus, Ohio 43224.

4.     At all times from prior to the dates of the allegations contained within the Complaint at Law to the present, Retail Ventures, Inc. has been incorporated in the state of Ohio, and maintained its headquarters and principal place of business at 3241 Westerville Road, Columbus, Ohio 43224.

5.     In December, 2004 Value City Department Store, Inc. was merged into an Ohio limited liability company known as Value City Department Stores LLC. At all times from prior to the dates of the allegations contained within the Complaint at Law to January 23, 2008, Value City Department Stores LLC has been an Ohio limited liability company and a wholly-owned subsidiary of Retail Ventures, Inc., and maintained its headquarters and principal place of business at 3241 Westerville Road, Columbus, Ohio 43224. Thus, the sole member of Value City Department Stores, LLC prior to January 23, 2008 was Retail Ventures, Inc., an Ohio



EXHIBIT 5

corporation which maintains its headquarters and principal place of business at 3241 Westerville Road, Columbus, Ohio 43224.

6.     On January 23, 2008, Retail Ventures, Inc. disposed of its interest in Value City Department Stores, LLC.  This was accomplished by creating a holding corporation, Value City Holdings, Inc., a Delaware corporation, and the member interest in Value City Department Stores LLC was fully contributed to Value City Holdings, Inc.  Retail Ventures then sold 81% of Value City Holdings, Inc. to new owners.  At all times since the date of the incorporation of Value City Holdings, Inc., it has been a Delaware corporation with its offices in Wilmington, Delaware.  Despite this change in ownership, Value City Department Stores LLC remains an Ohio limited liability company and its principal place of business remains at 3241 Westerville Road, Columbus, Ohio 43224.


FURTHER AFFIANT SAYETH NOT.


_____
Julia Davis

Subscribed and Sworn before me on this

8 day of April 2008.


_____
Notary Public

My commission expires: June 5, 2010

Lisa M. Luby
Notary Public, State of Ohio
My Commission Expires
June 5, 2010


Mark G. Poulakidas (ARDC #6230065)
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
Attorneys for Defendants
200 West Adams Street, Suite 500
Chicago, Illinois 60606
(312) 332-6644