UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

**Plaintiff(s):** ZELDA D. CLARK

**Defendant(s):** RETAIL VENTURES, INC., RETAIL VENTURES SERVICES, INC., VALUE CITY DEPARTMENT STORES, INC. and VALUE CITY DEPARTMENT STORES, LLC

County of Residence: **Cook County, Illinois**

County of Residence: **Franklin County, Ohio**

Plaintiff's Atty:
William J. Harte, Ltd.
312-726-5015
Daniel J. Downs, P.C.
312-781-1852
Jeffrey D. Javors, Esq.
312-782-7466
111 W. Washington St., Ste. 1100
Chicago, IL 60602

Defendant's Atty:
Mark G. Poulakidas
Haynes, Studnicka, Kahan,
O'Neill & Miller, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60604
312/332-6644

FILED
APRIL 10, 2008        YM
08CV2041
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

<u>II. Basis of Jurisdiction</u>:    **4. Diversity (complete item III)**

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**
Plaintiff:- **1 Citizen of This State**
Defendant:- **5 Incorporated and Principal place of Business in another State**

<u>IV. Origin</u> :    **2. Removed From State Court**

<u>V. Nature of Suit</u>:    **360 Other Personal Injury**

<u>VI. Cause of Action</u>:    **Removed to this Court pursuant to 28 USC Section 1441 with diversity jurisdiction under 28 USC Section 1332**

<u>VII. Requested in Complaint</u>
Class Action:
Dollar Demand: **Greater than $75,000.00**
Jury Demand: **Yes**

<u>VIII.</u> This case **IS NOT** a refiling of a previously dismissed case.

**Signature:** _[signature]_

**Date:**    April 10, 2008

Revised: 06/28/00