FILED
APRIL 10, 2008          YM
08CV2041
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

ZELDA D. CLARK v. RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**RETAIL VENTURES, INC., RETAIL VENTURES SERVICES, INC., VALUE CITY DEPARTMENT STORES, INC. and VALUE CITY DEPARTMENT STORES, LLC**

| NAME (Type or print) |
|---|
| Mark G. Poulakidas |

| SIGNATURE (Use electronic signature if the appearance is filed electronically) |
|---|
| /s/ Mark G. Poulakidas |

| FIRM |
|---|
| HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC |

| STREET ADDRESS |
|---|
| 200 WEST ADAMS STREET, SUITE 500 |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6230065 | 312/676-7077 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |