APRIL 10, 2008                                  YM
08CV2041
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

ZELDA D. CLARK v. RETAIL VENTURES, INC., a foreign corporation, RETAIL VENTURES SERVICES, INC., a foreign corporation, VALUE CITY DEPARTMENT STORES, INC., a foreign corporation and VALUE CITY DEPARTMENT STORES, LLC, a foreign limited liability

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**RETAIL VENTURES, INC., RETAIL VENTURES SERVICES, INC., VALUE CITY DEPARTMENT STORES, INC. and VALUE CITY DEPARTMENT STORES, LLC**

| |
|---|
| NAME (Type or print)<br>James R. Studnicka |
| SIGNATURE (Use electronic signature if the appearance is filed electronically)<br>/s/ James R. Studnicka |
| FIRM<br>HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC |
| STREET ADDRESS<br>200 WEST ADAMS STREET, SUITE 500 |
| CITY/STATE/ZIP<br>CHICAGO, ILLINOIS 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198167 | TELEPHONE NUMBER<br>312/676-7070 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |