# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2041 | **DATE** | 4/18/2008 |
| **CASE TITLE** | Clark vs. Retail Ventures, Inc., et al. | | |

**DOCKET ENTRY TEXT**

This case was removed from state court based on diversity of citizenship. The complaint alleges only that plaintiff's damages exceed $30,000 but says nothing else about the nature of her injury. The notice of removal does not sufficiently explain the basis upon which defendants contend that the amount in controversy exceeds $75,000 exclusive of interest and costs. Unless defendants file, by 5/2/08, a supplement to their notice of removal spelling out a sufficient basis to support diversity jurisdiction, the Court will remand the case to state court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|