2162 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZELDA D. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | No.   08 CV 2041 |
| RETAIL VENTURES, INC., a foreign corporation, ) | |
| RETAIL VENTURES SERVICES, INC., a ) | Judge Kennelly |
| foreign corporation, VALUE CITY ) | |
| DEPARTMENT STORES, INC., a foreign ) | Magistrate Judge Brown |
| corporation and VALUE CITY DEPARTMENT ) | |
| STORES, LLC, a foreign limited liability company, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO REMAND**

Defendants, RETAIL VENTURES, INC., RETAIL VENTURES SERVICES, INC., VALUE CITY DEPARTMENT STORES, INC. and VALUE CITY DEPARTMENT STORES, LLC, by and through their attorneys, HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC, hereby move this Honorable Court to remand this case to the Circuit Court of Cook County, Illinois, and in support thereof, defendants state as follows:

1. On April 10, 2008, defendants filed their Notice of Removal to this Court from the Circuit Court of Cook County, Illinois.

2. On April 21, 2008, the Court entered a minute order granting defendants until May 2, 2008 to supplement their Notice of Removal with a sufficient basis to support diversity jurisdiction, namely that the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.　　On April 30, 2008, the plaintiff filed an affidavit pursuant to Illinois Supreme Court Rule 222(b), wherein her attorney stated that the "total amount of money damages that Plaintiff seeks in this action is not in excess of $50,000.00." This affidavit was executed by Jeffrey D. Javors, one of plaintiff's attorneys in this action. The Supreme Court Rule 222(b) affidavit was not filed with plaintiff's original Complaint in the Circuit Court of Cook County, Illinois. (See Exhibit 1 hereto).

4.　　Based upon the representations in the Supreme Court Rule 222(b) affidavit, defendants move to remand the case to the Circuit Court of Cook County, Illinois for further proceedings.

WHEREFORE, defendants, RETAIL VENTURES, INC., RETAIL VENTURES SERVICES, INC., VALUE CITY DEPARTMENT STORES, INC. and VALUE CITY DEPARTMENT STORES, LLC, respectfully request that this Honorable Court enter an order to remand the instant action to the Circuit Court of Cook County, Illinois for further proceedings, and for such other and further relief as this Court deems just.

Respectfully submitted,

HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC

By:　/s/ Mark G. Poulakidas
　　　Mark G. Poulakidas (ARDC No. 6230065)
　　　Tess L. Dabbah (ARDC No. 6280062)
　　　HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
　　　Attorneys for Defendants
　　　200 West Adams Street, Suite 500
　　　Chicago, Illinois 60606
　　　312-332-6644

04410

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ZELDA D. CLARK, )
    Plaintiff, )
)
vs. ) No.: 08 L 2388 E
)
RETAIL VENTURES, INC., a )
foreign corporation, et al., )
    Defendants. )

## NOTICE OF FILING

To: Tess L. Dabbah, Esq.
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
200 West Adams
Suite 500
Chicago, Illinois 60606

PLEASE TAKE NOTICE that on April 28, 2008, I caused to be filed with the Clerk of the Circuit Court of Cook County, the attached Plaintiff's Supreme Court Rule 222(b) Affidavit, a copy of which is served upon you.

Name: WILLIAM J. HARTE, LTD.         Attorney for: Plaintiff
Address: 111 West Washington, #1100    City: Chicago, IL 60602
Telephone: (312) 726-5015             Atty. No.: 04410

### PROOF OF SERVICE BY HAND DELIVERY

The undersigned, a non-attorney/attorney, on oath state, I served this notice by causing a copy of the this notice and attachment to be hnad dleivered to the person listed above before 5:00 p.m. on April 30, 2008.

[X] Under penalties as provided by law
pursuant to IL. Code of Civil Procedure
Sec. 1-109, I certify that the statements
set forth are true and correct.

4/30/08
DATE

SIGNATURE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
notfilerule222affidavit

EXHIBIT
1

04410

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ZELDA D. CLARK, )<br>　　　　Plaintiff, )<br>)<br>vs. )<br>)<br>RETAIL VENTURES, INC., a )<br>foreign corporation, et al., )<br>　　　　Defendants. ) | No.: 08 L 2388 E |

FILED B-11
08 APR 30 PM 12:25
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

## SUPREME COURT RULE 222(b) AFFIDAVIT

I, Jeffrey D. Javors, one of the attorneys for Plaintiff, ZELDA D. CLARK, being first duly sworn on oath, state as follows:

1. I am the Plaintiff's attorney on whose behalf the complaint has been brought.

2. The total amount of money damages that Plaintiff seeks in this action is not in excess of $50,000.00.

FURTHER AFFIANT SAYETH NAUGHT

_____

Subscribed and Sworn to before me
this 30th day of April, 2008.

[Notary Seal: JOAN M. PEARSON, NOTARY PUBLIC, MY COMMISSION EXPIRES JANUARY 22, 2012]

WILLIAM J. HARTE, LTD. - #04410
111 W. Washington Street-Suite 1100
Chicago, IL 60602
(312) 726-5015