2162 mgp

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ZELDA D. CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | No.   08 CV 2041 |
| RETAIL VENTURES, INC., a foreign corporation, ) | |
| RETAIL VENTURES SERVICES, INC., a ) | Judge Kennelly |
| foreign corporation, VALUE CITY ) | |
| DEPARTMENT STORES, INC., a foreign ) | Magistrate Judge Brown |
| corporation and VALUE CITY DEPARTMENT ) | |
| STORES, LLC, a foreign limited liability company, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

To:   Attorneys of Record
        *(Please See Attached Service List)*

On Thursday, May 8, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before Judge Matthew F. Kennelly, or any judge sitting in his stead, in the courtroom usually occupied by him in Courtroom 2103 of the Northern District of Illinois, Eastern Division and shall then and there present ***Motion to Remand***, a copy of which is attached hereto.

Mark G. Poulakidas, ARDC #6230065
Tess L. Dabbah, ARDC #6280062
Attorneys For: Defendants
HAYNES, STUDNICKA, KAHAN, O'NEILL & MILLER, LLC
200 W. Adams St., Ste. 500
Chicago, IL 60606-5215
Tel: (312) 332-6644
mpoulakidas@hskolaw.com

### 1-109 Certificate

I certify, under the law that I served this Notice by electronic filing and mailing a copy to each person to whom it is directed at the address above indicated on May 2, 2008, with proper postage pre-paid.

/s/ Mark G. Poulakidas