## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2041 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Clark vs. Retail | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to remand.  Motion is granted.   Case is remanded to the Circuit Court of Cook County.

Docketing to mail notices.

00:05

| | | |
|---|---|---|
| | Courtroom Deputy Initials: | OR |